**Entered on Docket
September 16, 2009**

/s/ Bruce A. Markell
_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

___

CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
PIET & WRIGHT
3130 S. Rainbow Blvd., Ste. 304
Las Vegas, Nevada 89146
*Attorney for Debtors*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re: | CASE NO.: BK-S 09-18432-BAM |
|---|---|
| PADUA, PAULINO | IN CHAPTER 7 PROCEEDINGS |
| PADUA, HELEN | Hearing Date: September 9, 2009 |
| Debtors, | Hearing Time: 11:30 a.m. |

### ORDER RE: MOTION TO VOLUNTARILY DISMISS CHAPTER 7 CASE

THIS MATTER having come on for hearing this 9th day of September, 2009, CHARLES T. WRIGHT, ESQ., having appeared, based upon the papers and pleadings on file herein, and any oral arguments presented;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Voluntarily Dismiss Chapter 7 Case is hereby granted.

Respectfully submitted,

PIET & WRIGHT

By: /s/ Charles T. Wright
CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
3130 S. Rainbow Blvd., Ste. 304
Las Vegas, Nevada 89146
*Attorney for Debtor*

1

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

Approved:    David Rosenberg

Disapproved:

Failed to Respond:

###